# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**HILARY PALENCAR,** :

    Plaintiff : CIVIL ACTION NO. 3:15-1189

    v. : (MANNION, D.J.)
                   (CARLSON, M.J.)

**STANLEY RAIJSKI, et al.,** :

    Defendants :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, **(Doc. 3)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's objections to the report and recommendation of Judge Carlson, **(Doc. 4)**, are **OVERRULED**;

**(3)** all claims against the Maine defendants in the above-captioned matter are **TRANSFERRED** to the United States District Court for the District of Maine;

**(4)** the plaintiff is **DIRECTED** to file an amended complaint solely with respect to the claims against defendant Raijski **on or before Monday, September 28, 2015**; and

**(5)** the instant action is remanded to Judge Carlson for all further pre-trial proceedings.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Date: September 8, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1189-01-ORDER.wpd