# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**HILARY PALENCAR,** :

   **Plaintiff** : **CIVIL ACTION NO. 3:15-1189**

   **v.** : **(MANNION, D.J.)**
                                          **(CARLSON, M.J.)**

**STANLEY RAIJSKI,** :

   **Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 37)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendant's motion to dismiss the plaintiff's amended complaint, **(Doc. 17)**, is **GRANTED**;

**(3)** the plaintiff's motion to file her proposed second amended complaint, **(Doc. 35)**, is **DENIED**;

**(4)** the plaintiff's proposed third amended complaint, **(Doc. 38)**, is **ACCEPTED FOR FILING**; and

**(5)** the instant action is **REMANDED** to Judge Carlson for consideration of the proposed third amended complaint.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1189-02-ORDER.wpd