## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**HILARY PALENCAR,**           :

   **Plaintiff**           :   **CIVIL ACTION NO. 3:15-1189**

   **v.**           :       **(MANNION, D.J.)**
                                        **(CARLSON, M.J.)**

**STANLEY RAIJSKI,**           :

   **Defendant**           :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Carlson, **(Doc. 54)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendant's motion to dismiss the plaintiff's third amended complaint, **(Doc. 44)**, is **GRANTED**, in part;

**(3)** the plaintiff's discrimination and failure to accommodate claims are hereby **DISMISSED WITH PREJUDICE**;

**(4)** as to the plaintiff's remaining retaliation claim pursuant to 42 U.S.C. §3617, the plaintiff is **DIRECTED TO FILE A MORE DEFINITE STATEMENT ON OR BEFORE DECEMBER 9, 2016**; and

**(5)** the instant action is **REMANDED** to Judge Carlson for further proceedings.

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Date: November 23, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1189-03-ORDER.wpd