# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILARY PALENCAR,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-1189** |
| v. : | **(MANNION, D.J.)** |
| **STANLEY RAIJSKI,** : | |
| **Defendant** : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiff's more definite statement, **(Doc. 59)**, is **DISMISSED AS MOOT**;

**(2)** the report of Judge Carlson recommending dismissal of the instant action, **(Doc. 63)**, is **ADOPTED IN ITS ENTIRETY**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  February 15, 2017**